IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION
:
v. :
:
DAVID HALL : NO. 06-2-1

ORDER

AND NOW, this 4th day of May, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendant David Hall to vacate/set aside/correct his sentence under 28 U.S.C. § 2255 is DENIED; and

(2) no certificate of appealability is issued.

BY THE COURT:


/s/ Harvey Bartle III
C.J.