IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 06-02 |
| DAVID HALL | : | |

## ORDER

AND NOW, this 19th day of November 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant David Hall for reduction of sentence under 18 U.S.C. § 3582(c)(1)(A) (Doc. # 182) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.